```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2700                    OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR.  S-99-093 DFL |
| ) | Case No. CIV. S-03-1225 DFL |
| Plaintiff,  ) | |
| ) | |
| v.  ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RESETTING THE BRIEFING |
| MONDOR KHOURY,  ) | SCHEDULE AND EVIDENTIARY |
| ) | HEARING |
| Defendant.  ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Mondor Khoury, by his counsel, Victor Haltom, Esq., hereby stipulate and agree that the briefing schedule and limited evidentiary hearing on defendant's Motion to correct, vacate, or set aside the sentence should be reset as follows:

**Government's Brief:**   March 16, 2006

**Mr. Khoury's Brief:**   April 6, 2006

**Government's Reply:**   April 13, 2006

/ / /

/ / /

/ / /

/ / /

1

|  |  |
|---|---|
| **Hearing:** | **April 20, 2006, at 1:30 p.m.** |
|  | Respectfully Submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 27, 2006 | By:/s/Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney<br>Respectfully Submitted, |
| DATED: February 27, 2006 | By:/s/Jason Hitt<br>Telephonically authorized to sign for Victor Haltom, Esq. on 2-21-06<br>VICTOR HALTOM, Esq.<br>Attorney for Mr. KHOURY |

---

**ORDER**

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule and hearing date as follows:

| | |
|---|---|
| Government's Brief: | March 16, 2006 |
| Mr. Khoury's Brief: | April 6, 2006 |
| Government's Reply: | April 13, 2006 |
| Hearing: | April 20, 2006, at 1:30 p.m. |

IT IS SO ORDERED.

DATED: 2/24/2006

1
2
3 _____
4 DAVID F. LEVI
  United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28