IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-99-093 DFL |
| ) | Case No. CIV. S-03-1225 DFL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING |
| ) | PORTIONS OF DEFENDANT'S § 2255 |
| MONDOR KHOURY, ) | MOTION |
| ) | |
| Defendant. ) | |

On January 9, 2007, the Court heard argument on defendant Mondor Khoury's motion for relief under 28 U.S.C. § 2255. Defendant's counsel, Victor Haltom, Esq., appeared for the defendant and Assistant United States Attorney Jason Hitt appeared for the government.

For the reasons set forth orally by the Court and recorded in the transcript of the January 9, 2007, hearing, attached to this Order, the specified portions of the defendant's motion for relief under 28 U.S.C. § 2255 are DENIED.

IT IS SO ORDERED.

Date: January 18, 2007

/s/ David F. Levi
DAVID F. LEVI
UNITED STATES DISTRICT JUDGE

1