| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR-S-99-093 DLJ |
| v. ) | |
| ) | |
| MONDOR KHOURY, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ( ) Ad Prosequendum        (X) Ad Testificandum

Name of Detainee:    Monder Khoury, BOP Federal Register No. 11947-097
Detained at (custodian):    FCI LOMPOC, FEDERAL CORRECTIONAL INSTITUTION
    3600 Guard Road, Lompoc, California  93436

Detainee is:    a.)    ( ) charged in this district by:    ( ) Indictment    ( ) Information    ( ) Complaint
        charging detainee with: _____
    or    b.)    (X) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California for an evidentiary hearing before the Honorable D. Lowell Jensen on August 14, 2007, at 1:30 p.m.*

Signature:    /s/ Jason Hitt
Printed Name & Phone No:    Jason Hitt  916-554-2751
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    ( ) Ad Prosequendum    (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:    7/30/2007        /s/ D. Lowell Jensen
        D. LOWELL JENSEN
        United States District Judge

___

Please provide the following, if known:

Detainee:    Monder Khoury, BOP Federal Register No. 11947-097    X Male    Female
Facility Address:    FCI LOMPOC, FEDERAL CORRECTIONAL INSTITUTION
    3600 Guard Road, Lompoc, California  93436
Facility Phone:    805-736-4154
Currently Incarcerated For:    Drug Trafficking Conviction

**RETURN OF SERVICE**

Executed on   _____   By: _____
                                                                                              (Signature)