**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**MONDER KHOURY**

FILED
SEP 25 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONDER KHOURY,**<br><br>    Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Respondent. | CR-S-99-0093  DLJ JFM<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until September 24, 2007, is granted. On or before September 24, 2007, petitioner shall file his post-hearing brief.

DATE: __Sept 24__, 2007         _____
                                 HON. D. LOWELL JENSEN
                                 U.S. District Judge