UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MONDOR KHOURY,                    )     No. 03-cv-01225-DLJ
                                  )     No. 99-cr-00093-DLJ
                 Petitioner,      )
                                  )
        v.                        )
                                  )     **ORDER**
UNITED STATES OF AMERICA,         )
                                  )
                 Defendant.       )
_____ )

     On March 11, 2008, the Court entered a final order denying

petitioner Mondor Khoury's (Khoury) motion pursuant to 28 U.S.C.

§ 2255.  On April 11, 2008, Khoury filed a notice of appeal and

simultaneously requested from the Court a Certificate of

Appealability.  Under 28 U.S.C. 2253(c)(1), no appeal may be

taken from an order denying a § 2255 motion unless either the

district or appeals court certifies the appealability of the

order.  A certificate will not be issued unless the petitioner

has made out a constitutional claim, and the certificate will

state what issues are to be considered on appeal.  28 U.S.C. §

2253(c)(1) and (2).  Khoury has adequately made out a claim for

the ineffectiveness of his trial counsel.  Reasonable jurists may

disagree on the findings of the Court on that issue.  See Slack

v. McDaniel, 529 U.S. 473, 478 (2000).  A certificate of

appealability is therefore GRANTED.  The issue on Appeal is

whether Khoury's trial counsel effectively assisted him by

sufficiently and punctually communicating all plea offers to him.


    IT IS SO ORDERED


Dated:    June 5, 2008

_____
    D. Lowell Jensen
United States District Judge