IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,  No. 2:99-cr-0093 JAM GGH

  vs.

MONDER KHOURY,[1]

    Defendant.  <u>ORDER</u>

_____/

    Defendant Khoury, a federal prisoner, filed a Rule 60(b) motion for relief from judgment, on March 7, 2012 (docket # 239), followed by a "motion to amend Rule 60(b) motion to vacate," filed on May 7, 2012 (docket # 241). Judge Mendez has specifically referred the motion to amend the Rule 60(b) motion at docket # 241 to the undersigned and a minute order issued previously directing a response to that motion was subsequently vacated.

\\\\\
\\\\\
\\\\\
\\\\\

---

[1] Although in the instant case docket, defendant's first name is spelled "Mondor," the correct spelling of this defendant's first name appears to be "Monder." <u>See</u>, filings at, e.g., # 62, # 64, #193, # 239 & # 241, and at # 237. The undersigned has referenced the corrected spelling.

1

1    Accordingly, IT IS ORDERED that the government must file a response to the
2 motion to amend the Rule 60(b) motion, filed on May 7, 2012 (docket # 241), within twenty-one
3 days of the filed date of this order.
4 DATED: June 20, 2012

    /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:009
khou0093.brf